UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-25014-Civ-COOKE/REID
19-25216 Civ-COOKE/REID (CONSOLIDATED)

JIMMIE EVANS,

    Plaintiff,

v.

DONNELLA LIVINGSTON, and
CRAIG MCGAHEE,

    Defendants.
_____/

## ORDER ADOPTING IN PART MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 5). Judge Reid has issued a Report (ECF No. 50) recommending that Plaintiff's Amended Complaint be dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted. Plaintiff has not filed any objections to the Report and the time to do so has passed.

Having reviewed Judge Reid's Report and Plaintiff's Amended Complaint, the Court finds that the Report is clear, cogent, and compelling. Accordingly, it is **ORDERED and ADJUDGED** that Judge Reid's Report (ECF No. 50) is **AFFIRMED and ADOPTED**, and Plaintiff's Amended Complaint (ECF No. 42) is **DISMISSED** *with prejudice*. All pending motions are **DENIED** *as moot*. The Clerk shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at Miami, Florida, this 1st day of March 2021.

                                                              */s/ Marcia G. Cooke*
                                                          MARCIA G. COOKE
                                                          United States District Judge

Copies furnished to:
*Lisette M. Reid, U.S. Magistrate Judge*
*Jimmie Evans, pro se*
*Counsel of Record*